UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| FIREFIGHTERS' RETIREMENT SYSTEM, ET AL. | CIVIL ACTION |
| VERSUS | |
| CONSULTING GROUP SERVICES, LLC, ET AL. | 14-103-SDD-SCR |

### RULING

The Court has carefully considered the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated August 25, 2015. Plaintiffs have filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the *Motion to Remand*[4] filed by the Plaintiffs is denied.

Baton Rouge, Louisiana the 14 day of September, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 32.
[3] Rec. Doc. 33.
[4] Rec. Doc. 17.