# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

FIREFIGHTERS' RETIREMENT
SYSTEM, ET AL.

CIVIL ACTION

VERSUS

14-103-SDD-EWD

GRANT THORNTON LLP, ET AL.

## RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated February 21, 2017. The Court has also considered all objections[3] filed by the Parties.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the *Motion to Dismiss*[4] shall be granted dismissing all claims in this matter.

Baton Rouge, Louisiana the 14 day of March, 2017.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 99.
[3] Rec. Docs. 100 and 101.
[4] Rec. Doc. 24.